**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-00474-REB-NYW

GLENN KRAUS,

    Plaintiff,

v.

FEDERAL EXPRESS CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Joint Stipulation of Dismissal With Prejudice** [#42][1] filed February 11, 2015.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with the parties to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulation To Dismiss With Prejudice** [#42] filed February 11, 2015, is **APPROVED**;

    2.  That the **Defendant's Motion for Summary Judgment** [#20] filed November 17, 2014, is **DENIED AS MOOT**; and

    3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

---

[1] "[#42]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF).  I use this convention throughout this order.

Dated February 12, at Denver, Colorado.

                                              **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge